UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Darcel Keyes,<br><br>      Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>      Defendant. | Case No.: 2:17-cv-11492 (GAD/SDD)<br>Hon. Gershwin A. Drain<br><br><br>**INDEX OF EXHIBITS** |

## INDEX OF EXHIBITS

Plaintiff's Statement of Material Facts Not in Dispute……………………… Exhibit 1

Declaration of Plaintiff Darcel Keyes..……………………………………… Exhibit 2

Deposition Transcript of Kearse..…………………………………………… Exhibit 3

Aspect Call Logs..…………………………………………………………… Exhibit 4

Customer Care Center -
Outbound Contact Strategy Procedure…………………………………… Exhibit 5

Recorded Call between Plaintiff and Defendant -
█████-boynepra 12.28.2014 5.40.00 PM.WAV.……………………… Exhibit 6
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant -
█████-tyagivik 3.22.2016 9.15.22 AM.WAV.………………………….. Exhibit 7
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant -
█████-dubeyvis 3.23.2016 2.56.46 PM.WAV.………………………… Exhibit 8
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant -
█████-sandilre 3.23.2016 8.49.30 PM.WAV.………………………… Exhibit 9
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-basusudi 3.24.2016 8.46.51 AM.WAV………………………………. Exhibit 10
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-singman 3.29.2016  5.33.45 PM.WAV………………………………. Exhibit 11
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-lothatss 3.30.2016 8.43.34 AM.WAV……………………………….. Exhibit 12
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-sudhakan 3.31.2016 1.39.53 PM.WAV………………………………. Exhibit 13
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-chowdhaz 3.31.2016 1.42.00 PM.WAV………………………………. Exhibit 14
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - ▉▉▉▉▉-dsouzant 4.4.2016 6.20.43 PM.WAV…………………………………. Exhibit 15
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - 212_230_16.32.06.900_Conv.WAV.……………………………………….. Exhibit 16
*(Audio File filed in the traditional manner)*

Recorded Call between Plaintiff and Defendant - 212_240_22.27.20.200_Conv.WAV.……………………………………….. Exhibit 17
*(Audio File filed in the traditional manner)*

Expert Report of Jeff Hansen……………………………………………….. Exhibit 18

Declaration of Attorney Anthony P. Chester
on Motion to Dismiss.……………………………………………………….. Exhibit 19

Declaration of Attorney Anthony P. Chester
on Motion for Partial Summary Judgment.……………………………….. Exhibit 20