# Exhibit 17

Recorded Call Between Plaintiff and Defendant

File Name: Ex. 17 - 212_240_22.27.20.200_Conv

*(Audio File filed in the traditional manner)*